| | | |
|---|---|---|
| 1 | In Re, ) | Case No. 20-50469 SLJ |
| 2 | MORDECHAI KOKA, ) | CHAPTER 11 |
| 3 | Debtor. ) | |
| 4 | DALE GARDNER, an individual, and ) MELISSA GARDNER, an individual, ) | Adversary Case No. 20-05030 |
| 5 | ) | |
| 6 | Plaintiffs, ) | **CERTIFICATE OF SERVICE** |
| 7 | v. ) | |
| 8 | MORDECHAI KOKA, an individual, ) and GREEN BAY BUILDERS, INC., ) a California corporation, ) | |
| 9 | ) | |
| 10 | Defendants, ) | |

The undersigned, declares that:

I am a resident of the State of California, am over the age of eighteen years and not a party to the within cause, and my business address is 630 No. San Mateo Drive, San Mateo, California 94401.

The following documents and pleadings were served via US Mail on June 21, 2020:

1. **FIRST AMENDED ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523 (a)(2), (a)(4) and (a)(6);**
2. **SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING.**

The above listed documents and pleadings were served on the following by placing said documents and pleadings in a sealed envelope addressed as set forth below with postage thereon fully prepaid, in the United States mail at San Mateo, California:

MORDECHAI KOKA
1409 Enderby Way
Sunnyvale, CA 94087

GREEN BAY BUILDERS, INC.
c/o Moti Koka
   858 Acalanes Rd
   Lafayete, CA 94549
   Agent for Service of Process

ARASTO FARSAD
NANCY WENG
FARSAD LAW OFFICE, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 21, 2020, at San Mateo, California.

                                                                                  /s/ Craig V. Winslow
                                                                                 Craig V. Winslow