The following constitutes the order of the Court.
Signed: September 10, 2020

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411
Email: craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Plaintiffs
DALE GARDNER and MELISSA GARDNER

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11 |
| DALE GARDNER, an individual; and<br>MELISSA GARDNER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MORDECHAI KOKA, an individual; Green Bay Builders, Inc., a California corporation;<br><br>Defendants. | AP Case No.: 20-5030-SLJ<br><br>**ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

- 1 -

BK CASE NO. 20-5030-SLJ
ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM

Case: 20-05030    Doc# 16    Filed: 09/10/20    Entered: 09/10/20 13:48:42    Page 1 of 3

The Court, having considered the stipulation of the parties regarding the appointment of a Resolution Advocate,

**IT IS HEREBY ORDERED** that Michael Sweet is appointed as the Resolution Advocate and Charles Maher is appointed as the Alternate to serve in this matter, which is assigned to the Bankruptcy Dispute Resolution Program in this District.

**IT IS FURTHER ORDERED** that the parties are to comply with the provisions of B.L.R. 9040-1 through B.L.R. 9050-1.

**\*\*\* END OF ORDER \*\*\***

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

## COURT SERVICE LIST

None