LAW OFFICES OF CRAIG V. WINSLOW
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411
Email: craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorney for Plaintiffs
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | |
| DALE GARDNER, an individual; and MELISSA GARDNER, an individual, | AP Case No.: 20-5030-SLJ |
| Plaintiffs, | **PLAINTIFFS' SUPPLEMENTAL STATUS CONFERENCE STATEMENT** |
| v. | Date: November 19, 2020<br>Time: 2:30 p.m. |
| MORDECHAI KOKA, an individual, and GREEN BAY BUILDERS, INC., a | Location: Telephonically/Videoconference[1]<br>Judge: Honorable Stephen L. Johnson |

---

[1] Paragraph 9 of *General Order 38 (Fourth Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's



AP CASE NO. 20-5030-SLJ - 1 -
PLAINTIFFS' SUPPLEMENTAL STATUS CONFERENCE STATEMENT

California corporation,

        Defendants.

Plaintiffs DALE GARDNER and MELISSA GARDENER (collectively, "Plaintiffs") hereby file this *Status Conference Statement* in the above-captioned Adversary Proceeding.

After participation in the Bankruptcy Dispute Resolution Program (BDRP) with resolution advocate Michael Sweet, Plaintiffs and defendant MORDECHAI KOKA ("Defendant") mutually agreed upon the terms of a *Settlement Agreement*. See Dkt. No. 95. Further, on October 28, 2020, Defendant filed a *Motion to Compromise Controversy* with Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 9019, which is currently set for hearing before this Court on November 18, 2020 at 1:30 p.m. See Dkt. Nos. 92, 93.

As of the date of this Status Conference Statement, no party in interest has filed timely opposition, and to the extent that the Court approves the *Settlement Agreement*, then this Adversary Proceeding will be stayed until April 15, 2021, to provide Defendant with sufficient time to perform all obligations required by the terms of the Settlement Agreement. As such, it is kindly requested that the Court continue this Status Conference to April 15, 2021, or the next available open calendar after this date.

Dated: November 19, 2020        **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer, Esq.
    Attorneys for Plaintiffs
    DALE GARDNER and MELISSA GARDNER

---

courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/general-orders/Fourth Amended GO38_1.pdf*

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com