

**The following constitutes the order of the Court.**
**Signed: December 3, 2021**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **MORDECHAI KOKA**, <br><br> Debtor. | Case No. 20-50469 SLJ <br> Chapter 11 |
| **DALE GARDNER** and **MELISSA GARDNER**, <br><br> Plaintiffs, <br><br> v. <br><br> **MORDECHAI KOKA**, Debtor, and **GREEN BAY BUILDERS, INC.**, <br><br> Defendants. | Adv. Proc. No. 20-5030 |

## ORDER CONTINUING SCHEDULING CONFERENCE

The parties filed a status conference statement in the above-captioned adversary proceeding on December 2, 2021. ECF 23. The parties state Debtor-Defendant Mordechai Koka intends to file an amended joint plan that, if confirmed by me, will result in Plaintiffs dismissing this proceeding with prejudice. They request I continue the status conference for 90 days to allow the plan process to conclude. I will do so.

ORDER CONTINUING SCHEDULING CONFERENCE
1/3

1     Accordingly, it is hereby ordered that the scheduling conference in the above-captioned matter currently set for December 9, 2021 at 2:30 p.m. be continued to **March 17, 2022** at **2:30 p.m.** Status conference statements are due by **March 10, 2022**. No appearances are necessary on December 9, 2021.

    IT IS SO ORDERED.

**END OF ORDER**

ORDER CONTINUING SCHEDULING CONFERENCE
2/3

**COURT SERVICE LIST**

[ECF recipients]

ORDER CONTINUING SCHEDULING CONFERENCE
3/3