**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411
Email: craig@cvwlaw.com

**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorney for Plaintiffs
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>   Debtor.<br><br>DALE GARDNER, an individual; and MELISSA GARDNER, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>MORDECHAI KOKA, an individual, and GREEN BAY BUILDERS, INC., a California corporation,<br><br>   Defendants. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br><br><br>AP Case No.: 20-5030-SLJ<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: June 23, 2022<br>Time: 2:30 p.m.<br>Location: Telephonic / Videoconference<br>Judge: Honorable Stephen L. Johnson |

Plaintiffs DALE GARDNER and MELISSA GARDNER ("Plaintiffs") hereby submit this *Status Conference Statement* in advance of the continued status conference set for hearing on December 9, 2021 in the above-captioned matter.

Plaintiffs and Debtor / Defendant Mordechai Koka have filed a *Joint Chapter 11 Plan and Disclosure Statement* (the "Joint Plan"), which is currently set for a continued hearing on confirmation on August 6, 2022 at 1:30 p.m. To the extent that the Joint Plan is confirmed by the Court, then Plaintiffs will dismiss this Adversary Proceeding *with* prejudice and accept payment of their allowed claim consistent with the terms and conditions of the Joint Plan.

Based on the foregoing, Plaintiffs respectfully request that the Court continue the status conference in this Adversary Proceeding approximately 90 days in order to allow the parties sufficient time to seek confirmation of the Joint Plan.

Dated: June 20, 2022     **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer, Esq.
Attorneys for Plaintiffs
DALE GARDNER and
MELISSA GARDNER



AP CASE NO. 20-5030-SJL
STATUS CONFERENCE STATEMENT
- 2 -
Case: 20-05030    Doc# 27    Filed: 06/20/22    Entered: 06/20/22 12:34:33    Page 2 of 2