Entered on Docket
June 21, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: June 21, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **MORDECHAI KOKA**, <br><br> Debtor. | Case No. 20-50469 SLJ <br> Chapter 11 |
| **DALE GARDNER** and **MELISSA GARDNER**, <br><br> Plaintiffs, <br><br> v. <br><br> **MORDECHAI KOKA**, Debtor, and **GREEN BAY BUILDERS, INC.**, <br><br> Defendants. | Adv. Proc. No. 20-5030 |

## ORDER CONTINUING SCHEDULING CONFERENCE

Plaintiffs filed a status conference statement in the above-captioned adversary proceeding on June 20, 2022. ECF 27. Plaintiffs request I continue the status conference for 90 days to allow an August 6, 2022 hearing on confirmation of their and Debtor's plan to conclude. They intend to dismiss this proceeding with prejudice and accept payment of their claim through the plan if it is confirmed.

ORDER CONTINUING SCHEDULING CONFERENCE
1/3

Good cause appearing, it is hereby ordered that the scheduling conference in the above-captioned matter currently set for June 23, 2022 at 2:30 p.m. be continued to **September 29, 2022** at **2:30 p.m.** Status conference statements are due by **September 22, 2022**. No appearances are necessary on June 23, 2022.

IT IS SO ORDERED.

**END OF ORDER**

ORDER CONTINUING SCHEDULING CONFERENCE
2/3

**COURT SERVICE LIST**

[ECF recipients]

ORDER CONTINUING SCHEDULING CONFERENCE
3/3