| | |
|---|---|
| 1 | **LAW OFFICES OF CRAIG V. WINSLOW** |
| 2 | CRAIG V. WINSLOW, Cal. Bar No. 73196 |
|   | 630 N. San Mateo Drive |
| 3 | San Mateo, California 94401 |
|   | Telephone:  (650) 347-5445 |
| 4 | Facsimile:   (650) 347-4411 |
|   | Email:        craig@cvwlaw.com |
| 5 | |
|   | **MEYER LAW GROUP LLP** |
| 6 |   A Limited Liability Partnership |
|   | BRENT D. MEYER, Cal. Bar No. 266152 |
| 7 | 268 Bush Street #3639 |
|   | San Francisco, California 94104 |
| 8 | Telephone:  (415) 765-1588 |
|   | Facsimile:   (415) 762-5277 |
| 9 | Email:        brent@meyerllp.com |
| 10 | Attorney for Plaintiffs |
|    | DALE GARDNER and |
| 11 | MELISSA GARDNER |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | |
| DALE GARDNER, an individual; and MELISSA GARDNER, an individual, | AP Case No.: 20-5030-SLJ |
| Plaintiffs, | **STATUS CONFERENCE STATEMENT** |
| v. | Date:       November 17, 2022 |
|    | Time:       2:30 p.m. |
| MORDECHAI KOKA, an individual, and GREEN BAY BUILDERS, INC., a California corporation, | Location:  Telephonic / Videoconference |
|    | Judge:      Honorable Stephen L. Johnson |
| Defendants. | |

- 1 -

AP CASE NO. 20-5030-SJL
STATUS CONFERENCE STATEMENT

1  Plaintiffs DALE GARDNER and MELISSA GARDNER ("Plaintiffs") hereby submit this *Status Conference Statement* in advance of the continued status conference set for hearing on November 17, 2022 in the above-captioned matter.

Plaintiffs and Debtor / Defendant Mordechai Koka have filed a *Joint Chapter 11 Plan and Disclosure Statement* (the "Joint Plan"), in which the Court held a final hearing on confirmation of the Joint Plan on October 13, 2022, and now the matter has been submitted to the Court for a decision on confirmation. To the extent that the Joint Plan is confirmed by the Court, then Plaintiffs will dismiss this Adversary Proceeding *with* prejudice and accept payment of their allowed claim consistent with the terms and conditions of the Joint Plan.

Based on the foregoing, Plaintiffs respectfully request that the Court continue the status conference in this Adversary Proceeding approximately 90 days in order to allow the parties sufficient time to obtain (if possible) confirmation of the Joint Plan.

Dated: November 7, 2022            **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer, Esq.
Attorneys for Plaintiffs
DALE GARDNER and
MELISSA GARDNER


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

AP CASE NO. 20-5030-SJL
STATUS CONFERENCE STATEMENT
- 2 -
Case: 20-05030   Doc# 30   Filed: 11/07/22   Entered: 11/07/22 12:22:02   Page 2 of 2