

**The following constitutes the order of the Court.
Signed: November 17, 2022**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **MORDECHAI KOKA**, <br><br> Debtor. <br> **DALE GARDNER** and **MELISSA GARDNER**, <br><br> Plaintiffs, <br><br> v. <br><br> **MORDECHAI KOKA**, Debtor, and **GREEN BAY BUILDERS, INC.**, <br><br> Defendants. | Case No. 20-50469 SLJ <br> Chapter 11 <br><br> Adv. Proc. No. 20-05030 |

## ORDER CONTINUING SCHEDULING CONFERENCE

Plaintiffs filed a status conference statement in the above-captioned adversary proceeding on November 7, 2022. ECF 30. Plaintiffs request I continue the status conference for 90 days to allow parties sufficient time to obtain confirmation on the Joint Chapter 11 Plan and Disclosure Statement. They intend to dismiss this proceeding with prejudice and accept payment of their claim through the plan if it is confirmed.

ORDER CONTINUING SCHEDULING CONFERENCE
1/3

Good cause appearing, it is hereby ordered that the scheduling conference in the above-captioned matter currently set for November 17, 2022 at 2:30 p.m. be continued to **February 16, 2023** at **2:30 p.m.** Status conference statements are due by **February 9, 2023**. No appearances are necessary on November 17, 2022.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]

ORDER CONTINUING SCHEDULING CONFERENCE
3/3