**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411
Email: craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorney for Plaintiffs
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | |
| DALE GARDNER, an individual; and MELISSA GARDNER, an individual, | AP Case No.: 20-5030-SLJ |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MORDECHAI KOKA, an individual, and GREEN BAY BUILDERS, INC., a California corporation, | |
| Defendants. | |

- 1 -

AP CASE NO. 20-5032-MEH

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dale Gardner and Melissa Gardner ("Plaintiff") and Defendants Mordechai Koka and Green Bay Builders, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and represent to the Court that all matters in controversy in this litigation between them have settled and resolved, including all outstanding claims and causes of action.

Plaintiffs stipulate that they are dismissing the above-captioned Adversary Proceeding *with prejudice* pursuant to the terms and conditions of the confirmed *Joint Combined Chapter 11 Plan of Reorganization and Disclosure Statement (Dated January 24, 2022)* [Dkt. No. 294]. The Parties stipulate and agree that there is no prevailing party and that the Parties shall bear their own attorney's fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: February 16, 2023

**MEYER LAW GROUP LLP**

By: *BTD. [signature]*
Brent D. Meyer, Esq.
Attorneys for Plaintiffs
DALE GARDNER and
MELISSA GARDNER

Dated: February _16_, 2023

**FARSAD LAW OFFICE P.C.**

By: *ARASTO FARSAD*
Arasto Farsad, Esq.
Nancy Weng, Esq.
Attorneys for Defendants
MORDECHAI KOKA and
GREEN BAY BUILDERS, INC.

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com